| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vance, Sarah S. | United States District Court | 06/28/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

500 Poydras Street
Room C-255
New Orleans, Louisiana 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | New Orleans Chapter Federal Bar Association |
| 2. | Board Member | Tulane Law Institute National Advisory Board |
| 3. | Adjunct Faculty | Tulane Law School |
| 4. | Board Member | Tulane Law School -- Dean's Advisory Board |
| 5. | Executor | Estate # 1 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/28/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Jones, Walker, Waechter, Poitevent, Carrere & Denegre - income from law practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | February 29 - March 1, 2013 | Philadelphia, Pennsylvania | Advisers Meeting | Travel, lodging, meals |
| 2. | New Orleans Bar Association | March 23-25, 2013 | Biloxi, Mississippi | Speaker | Lodging, meals |
| 3. | American Bar Association - Section of Antitrust Law | March 28-29, 2013 | Washington, D.C. | Speaker | Travel, lodging, meals |
| 4. | American Conference Institute | May 31 - June 1, 2012 | New York, New York | Speaker | Travel, lodging, meals |
| 5. | American Law Institute | September 12-13, 2012 | Philadelphia, Pennsylvania | Advisers Meeting | Travel, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/28/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA #1, Merrill Lynch New Orleans (H): | | | | | | | | | |
| 2.   --Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 3.   --Putnam International Equity FD CL A (POVSX) | A | Dividend | J | T | | | | | |
| 4.   ----Columbia Marsico Focused Eq A (NFEAX) | A | Dividend | J | T | | | | | |
| 5.   --Lord Abbett Global FD EQ SR CL A (LAGEX) | A | Dividend | J | T | | | | | |
| 6.   --Davis NY Venture FD A (NYVTX) | A | Dividend | J | T | | | | | |
| 7. | | | | | | | | | |
| 8.   IRRA #2, Rollover Merrill Lynch (H): | | | | | | | | | |
| 9.   --Merrill Lynch USA Rasp / Cash | A | Dividend | J | T | | | | | |
| 10.  --Oppenheimer Global Opp FD SBI (OPGIX) | A | Dividend | L | T | | | | | |
| 11.  --Munder Small Cap Value CL B (MBVSX) | A | Dividend | L | T | | | | | |
| 12.  --Blackrock Value Opport Fund Inc B (MDSPX) | A | Dividend | K | T | | | | | |
| 13.  --Massachusetts Investors Growth Stock FD CL A (MIGFX) | A | Dividend | J | T | | | | | |
| 14.  --ING International Small Cap Multimanager FD CL A (NTKLX) | A | Dividend | K | T | | | | | |
| 15.  --Blackrock Capital Appreciation FD INC A (MDFGX) | A | Dividend | K | T | | | | | See Part VIII. |
| 16.  --Gabelli Equity Income FD CL A (GCAEX) | A | Dividend | L | T | | | | | |
| 17.  --MFS International New Discovery FD CL A (MIDAX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Oppenheimer Developing Markets FD CL A (ODMAX) | A | Dividend | K | T | | | | | |
| 19. --Wells Fargo ADV Premium Large Comp Growth CL A (EKJAX) | A | Dividend | L | T | | | | | |
| 20. | | | | | | | | | |
| 21. IRA #3, Merrill Lynch New Orleans (H): | | | | | | | | | |
| 22. --Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 23. --ML Bank USA Rasp | A | Dividend | J | T | | | | | |
| 24. --Lord Abbett Developing Growth FD CL A (LAGWX) | A | Dividend | J | T | | | | | |
| 25. --Davis NY Venture FD A (NYVTX) | A | Dividend | J | T | | | | | |
| 26. --Putnam International Equity FD CL A (POVSX) | A | Dividend | J | T | | | | | |
| 27. --Columbia Marsico Focused Eq A (NFEAX) | A | Dividend | J | T | | | | | |
| 28. | | | | | | | | | |
| 29. Profit Sharing Retirement Plan - Fidelity Invest. Account(H) | | | | | | | | | |
| 30. --Ret Gov't (Money Market Fund) | A | Dividend | J | T | Sold (part) | 02/17/12 | J | A | |
| 31. | | | | | Buy | 05/17/12 | J | | |
| 32. | | | | | Buy (add'l) | 07/19/12 | J | | |
| 33. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 34. | | | | | Sold (part) | 11/6/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Fidelity Growth Company K | D | Dividend | N | T | Sold (part) | 02/27/12 | K | A | |
| 36. --Harbor Intl Inst | B | Dividend | M | T | Sold (part) | 02/27/12 | K | A | |
| 37. --Fidelity Emerging Mkts K | A | Dividend | J | T | | | | | |
| 38. --Spartan US Bond Index Fund | E | Dividend | N | T | Buy | 02/27/12 | K | | |
| 39. -- Goldman Sachs Small Cap Value Class A (GSSMX) | E | Dividend | N | T | | | | | |
| 40. --Lazard Emerging Mkts Institutional (LZEMX) | D | Dividend | M | T | Buy | 02/28/12 | J | | |
| 41. --Fidelity Cash Reserves (FDRXX) | A | Int./Div. | K | T | Buy | 05/18/12 | J | | |
| 42. | | | | | Buy | 07/20/12 | J | | |
| 43. | | | | | Buy | 11/07/12 | J | | |
| 44. | | | | | Buy | 11/22/12 | J | | |
| 45. --Vanguard INFL | C | Dividend | M | T | Buy | 02/27/12 | K | | |
| 46. | | | | | Buy (add'l) | 11/06/12 | J | | |
| 47. --Gabelli Equity Income CL A (GCAEX) | C | Dividend | N | T | | | | | |
| 48. | | | | | | | | | |
| 49. Cash Management Account, Merrill Lynch (H): | | | | | | | | | |
| 50. --Cash / CMA Money Fund | A | Dividend | J | T | | | | | |
| 51. --Eaton Vance Tax Div Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Eaton Vance TX-AD GL Div Global Dividend Inc FD | B | Dividend | J | T | | | | | |
| 53. --NFJ Div Int Prem Strat and Premium Strategy FD | A | Dividend | J | T | | | | | |
| 54. | | | | | | | | | |
| 55. ▨ Trust, Merrill Lynch (H): | | | | | | | | | |
| 56. --Cash / CMA Money Fund | A | Interest | J | T | | | | | |
| 57. --Columbia Marsico Focused Eq A (NFEAX) | A | Dividend | J | T | | | | | |
| 58. --Lord Abbett Developing Growth Fund CL A | A | Dividend | J | T | | | | | |
| 59. --Putnam International Equity Fund CL A | A | Dividend | J | T | | | | | |
| 60. --Davis NY Venture FD A | A | Dividend | J | T | | | | | |
| 61. | | | | | | | | | |
| 62. IRRA #4, Rollover Merrill Lynch (H): | | | | | | | | | |
| 63. --Cash | A | Dividend | J | T | | | | | |
| 64. --Retirement Reserves CL I | A | Dividend | J | T | | | | | |
| 65. --Henderson International | A | Dividend | | | Sold | 04/05/12 | K | A | |
| 66. --Columbia Value & Restructuring Fund CL Z (UMBIX) | A | Dividend | | | Sold | 04/05/12 | K | A | |
| 67. --Guggenheim Mid Cap Value Fund CL I (SVUIX) (name change) | A | Dividend | K | T | Sold (part) | 04/05/12 | J | A | |
| 68. | | | | | Buy | 06/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/04/12 | J | | |
| 70. --PIMCO Total Return Fund CLP (PTTPX) | A | Dividend | | | Sold | 04/05/12 | K | A | |
| 71. --PIMCO Real Return Fund CLP (PRLPX) | A | Dividend | K | T | Buy | 04/05/12 | J | | |
| 72. | | | | | Sold (part) | 06/08/12 | J | A | |
| 73. | | | | | Buy (add'l) | 10/04/12 | J | | |
| 74. --Mainstay Large Cap (MLAIX) | A | Dividend | L | T | Buy | 04/05/12 | J | | |
| 75. | | | | | Buy (add'l) | 06/08/12 | J | | |
| 76. | | | | | Sold (part) | 10/04/12 | J | A | |
| 77. --Ivy Asset Strategy Fund CL I (IVAEX) | A | Dividend | K | T | Buy | 04/05/12 | J | | |
| 78. | | | | | Buy (add'l) | 06/08/12 | J | | |
| 79. --MFS Value FD CL I | B | Dividend | L | T | Sold (part) | 04/05/12 | J | A | |
| 80. | | | | | Buy | 06/08/12 | J | | |
| 81. | | | | | Sold (part) | 10/04/12 | J | A | |
| 82. --Oppenheimer Gold and Special Minerals Fund (OGMYX) | A | Dividend | K | T | Buy | 04/05/12 | J | | |
| 83. | | | | | Sold (part) | 10/04/12 | J | A | |
| 84. --Allianz NFJ Dividend Value FDCL P (ADJPX) | B | Dividend | K | T | Buy | 04/05/12 | J | | |
| 85. | | | | | Buy (add'l) | 06/08/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 10/04/12 | J | A | |
| 87. --Dreyfus Emerging Markets Debt Local Currency CL I (DDBIX) | A | Dividend | | | Sold | 04/05/12 | K | A | |
| 88. --Oppenheimer Rising Dividends Fund CL Y (OYRDX) | B | Dividend | L | T | Sold (part) | 04/05/12 | K | A | |
| 89. | | | | | Buy | 06/08/12 | J | | |
| 90. | | | | | Sold (part) | 10/04/12 | J | A | |
| 91. --Prudential Short Term Corporate Bond FD INC Z (PIFZX) | B | Dividend | L | T | Buy | 04/05/12 | J | | |
| 92. | | | | | Sold (part) | 06/08/12 | J | | |
| 93. | | | | | Buy (add'l) | 10/04/12 | J | | |
| 94. --Allianz NFJ International Fund (AFVPX) | A | Dividend | K | T | Buy | 06/08/12 | J | | |
| 95. | | | | | Sold (part) | 10/04/12 | J | A | |
| 96. --Wells Fargo Adv Government SEC FD ADM CL (WGSDX) | A | Dividend | L | | Buy | 04/05/12 | K | | |
| 97. | | | | | Sold (part) | 06/08/12 | J | | |
| 98. | | | | | Buy (add'l) | 10/04/12 | K | | |
| 99. --Permanent Portfolio Fund (PRPFX) | A | Dividend | K | | Buy | 04/05/12 | K | | |
| 100. | | | | | Sold (part) | 06/08/12 | J | | |
| 101. --Blackrock Eqty Dividend Fund Instl (MADVX) | B | Dividend | L | | Buy | 04/05/12 | L | | |
| 102. | | | | | Sold (part) | 06/08/12 | J | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 10/04/12 | J | | |
| 104. | | | | | | | | | |
| 105. Checking and Money Market Accounts, J.P. Morgan | B | Interest | K | T | | | | | |
| 106. | | | | | | | | | |
| 107. Judicial & Justice Federal Credit Union | A | Interest | J | T | | | | | |
| 108. | | | | | | | | | |
| 109. Estate #1 (X) | E | Int./Div. | P1 | T | | | | | |
| 110. --Real Estate: Donaldsonville, Louisiana | | | | | | | | | |
| 111. --Hancock HLDG Co (HBHC) | | | | | | | | | |
| 112. --Columbia Tax-Exempt A (COLTX) | | | | | | | | | |
| 113. --EV National Income A (EANAX) | | | | | | | | | |
| 114. --INVESCO Muni Income A (VKMMX) | | | | | | | | | |
| 115. --EV Large Cap Value I (EILVX) | | | | | | | | | |
| 116. --Harbor International Int (HIINX) | | | | | | | | | |
| 117. --Henderson Intl Opport I (HFOIX) | | | | | | | | | |
| 118. --Ivy Global Natural Resources I (IGNIX) | | | | | | | | | |
| 119. --Janus Forty I (JCAPX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Lazard Emerging Markets I (LZEMX) | | | | | | | | | |
| 121. --Mainstay Large Cap Grw I (MLAIX) | | | | | | | | | |
| 122. --MFS Value I (MEIIX) | | | | | | | | | |
| 123. --Morgan Stanley Money Market Account | | | | | | | | | |
| 124. --Whitney Bank Account | | | | | | | | | |
| 125. --Capital One Bank Accounts | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

The 2011 Annual Report incorrectly listed two assets that had been consolidated: line 11 Blackrock Capital Apprecaition FD INC B was consolidated into line 21 Blackrock Capital Appreciation FD INC A. The correct reporting of the consolidated asset should have included only line 21 Blackrock Capital Appreciation FD INC A, and line 11 should have been omitted. Line 15 Blackrock Capital Appreciation FD INC A (MDFGX) of the 2012 Annual Report correctly reflects the consolidated fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/28/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Sarah S. Vance**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544